# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SEAY, FRANK H. | US DISTRICT COURTS-EASTERN | 05/01/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-SENIOR STATUS | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>**5b.** ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

EASTERN DISTRICT OF OKLAHOMA
UNITED STATES COURTHOUSE
MUSKOGEE, OK 74402-0828

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 05/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | STATE OF OKLAHOMA - TEACHERS RETIREMENT SYSTEM |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 05/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PRODUCING MIN INT-WILLACY CT, TX APPRAISAL 3-29-89 | A | Royalty | J | W | | | | | |
| 2. NON-PROD MIN INT-GARVIN, POTT & SEM CT, OK APPRAISAL 3-29-89 | | None | J | W | | | | | |
| 3. PRODUCING MINERAL INT - SEMINOLE CO., OKLA | A | Royalty | J | W | | | | | |
| 4. 1/124 WI IN NASH 1-26, POTTAWATOMIE CO., OK | A | Royalty | J | W | | | | | |
| 5. 1/124 WI IN STATE 1-16, POTTAWATOMIE CO., OK | | None | J | W | | | | | |
| 6. 1/124 WI IN STOVER 1-27, POTTAWATOMIE CO., OK | | None | J | W | | | | | |
| 7. CD'S, SAVINGS & DEMAND DEPOSIT, BANCFIRST, SEMINOLE, OK | A | Interest | J | T | | | | | |
| 8. EDWARD D. JONES ACCOUNT | | | | | | | | | |
| 9. -EDJ-INVESTMENT ACCOUNT INTEREST | | None | J | T | | | | | |
| 10. -EDJ-BOND-GRDA OK REV | B | Interest | K | T | | | | | |
| 11. -EDJ-BOND-CENTRAL BRADFORD PROG | A | Interest | K | T | | | | | |
| 12. -EDJ-BP-PLC | A | Dividend | J | T | | | | | |
| 13. -EDJ-CHESAPEAKE | | Dividend | J | T | | | | | |
| 14. -EDJ-HARTFORD EQUITY INCOME FD CL C | C | Dividend | K | T | | | | | |
| 15. -EDJ- AQUA AMERICA INC | A | Dividend | J | T | | | | | |
| 16. -EDJ- CONOCOPHILLIPS | A | Dividend | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - EDJ- ONEOK INC | A | Dividend | J | T | | | | | |
| 19.   - EDJ- INVESCO LTD TERM MUNIC INCM A | A | Dividend | | | Sold | 04/22/16 | L | | |
| 20.   - EDJ- INVESCO COMSTOCK FUND CL A | B | Dividend | J | T | | | | | |
| 21.   - EDJ- INVESCO GROWTH ALLOCATION FD | A | Dividend | K | T | | | | | |
| 22.   - EDJ- INVESCO INTRMDT MUNI FUND A | B | Dividend | L | T | | | | | |
| 23.   - EDJ- INVESCO INTERNATIONAL GROWTH | A | Dividend | J | T | | | | | |
| 24.   - EDJ- INVESCO MUNI INC FUND A | B | Dividend | L | T | Buy | 04/22/16 | L | | |
| 25.   METLIFE WHOLE POLICY | A | Dividend | J | T | | | | | |
| 26.   100% INTEREST IN THE FAYE L. CRUM TRUST | | | | | | | | | |
| 27.   FLC TRUST-BANCFIRST CD | A | Interest | L | T | | | | | |
| 28.   FLC TRUST-BANCFIRST DEMAND DEPOSIT | A | Interest | K | T | | | | | |
| 29.   FLC TRUST-EDJ CAL ED FACS BOND | B | Interest | | | Redeemed | 05/02/16 | J | | |
| 30.   FLC TRUST-EDJ GROSSMONT BD | B | Interest | | | Sold | 08/04/16 | K | | |
| 31.   FLC TRUST-EDJ PENN ST TKP BOND | A | Interest | J | T | | | | | |
| 32.   FLC TRUST-EDJ OK AG MECH BOND | B | Interest | K | T | | | | | |
| 33.   FLC TRUST-EDJ GRDA OK BOND | B | Interest | K | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FLC TRUST-EDJ TULSA OKLA PUB FACS AUTH | B | Interest | K | T | | | | | |
| 36. FLC TRUST-EDJ MARYSVILLE CA | B | Interest | K | T | | | | | |
| 37. FLC TRUST-EDJ MD ST CMNTY DEV | B | Int./Div. | | | Sold | 11/02/16 | K | | |
| 38. FLC TRUST-EDJ LORD ABBETT HIGH YIELD | C | Int./Div. | L | T | | | | | |
| 39. FLC TRUST-EDJ LORD ABBETT NATIONAL TX | C | Int./Div. | M | T | | | | | |
| 40. FLC TRUST-EDJ IN FIN WASTEWATER REV | B | Int./Div. | K | T | | | | | |
| 41. FLC TRUST-EDJ NE COOP | B | Int./Div. | K | T | | | | | |
| 42. FLC TRUST-EDJ AMERICAN PWR OHIO | B | Int./Div. | K | T | | | | | |
| 43. FLC TRUST-EDJ INVESCO INTRMDT MUNI FD | B | Int./Div. | | | Sold | 04/21/16 | L | | |
| 44. FLC TRUST-EDJ INVESCO HIGH YLD MUN BD | A | Int./Div. | K | T | | | | | |
| 45. FLC TRUST - EDJ INVESCO MUNI INC FUND A | B | Dividend | L | T | Buy | 04/21/16 | L | | |
| 46. FLC TRUST-RENT HOUSE 908 W. WILSON SEMINOLE, OK | C | Rent | L | Q | | | | | |
| 47. LPL FINANCIAL | | | | | | | | | |
| 48. LPL- INVESTMENT ACCOUNT INTEREST | | None | J | T | | | | | |
| 49. LPL- AMERN INCM FD OF AMER | A | Dividend | J | T | | | | | |
| 50. LPL- BOND FUND OF AMERICA | A | Dividend | K | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   LPL- DAVIS NY VENTURE | C | Dividend | K | T | | | | | |
| 53.   LPL- FEDERATED KAUFMANN FUND | B | Dividend | K | T | | | | | |
| 54.   LPL- FIDELITY ADV DIVERSIFIED | A | Dividend | J | T | | | | | |
| 55.   LPL- MUTUAL SHARES | A | Dividend | J | T | | | | | |
| 56.   LPL- OPENHEIMER CAPITAL APP | A | Dividend | K | T | | | | | |
| 57.   LPL- INVESCO FLOATING RATE | C | Distribution | L | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 05/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ON PART VII, BEGINNING ON LINE 26 THIS IS A HEADER LINE FOR THE FAYE L CRUM TRUST THAT WAS INHERITED IN 2010.  ON THE FOLLOWING LINES 27 THROUGH 46, THE NOTATION FLC TRUST STANDS FOR FAYE L CRUM TRUST.

ON LINE 46 THE APPRAISAL DATE OF THE RENT HOUSE WAS JANUARY 25, 2010.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANK H. SEAY**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544